<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1422

DINH TRAN,

        Plaintiff – Appellant,

    v.

COTY INC.,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior District Judge.  (5:10-cv-00431-H)

Submitted:  July 25, 2012        Decided:  August 1, 2012

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dinh Tran, Appellant Pro Se.  Kevin Scott Joyner, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dinh Tran appeals the district court's order denying his motions for reconsideration of the denial of his complaint alleging discrimination and retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tran v. Coty, Inc., No. 5:10-cv-00431-H (E.D.N.C. Mar. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED